1   Debra Healy Deem (Cal. Bar No.: 89183)
    Brandon Q. Tran (Cal. Bar No.: 223435)
2   **BUCHALTER NEMER**
    A Professional Corporation
3   18400 Von Karman Avenue, Suite 800
    Irvine, California 92612-0514
4   Telephone:(949) 760-1121
    Facsimile: (949) 720-0182
5   E-mail: btran@buchalter.com

6   Attorneys for Plaintiff DIRECTV, INC.

7

8                   **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10                         **FRESNO DIVISION**

11  DIRECTV, INC., a California corporation,      CASE NO. CIV-F-04-06510 OWW SMS

12          Plaintiff,                            Hon. Oliver W. Wanger

13      vs.                                       **JUDGMENT AGAINST DEFENDANT
                                                  PORTER GIBSON**
14  PORTER GIBSON,

15          Defendant.

16

17          IT APPEARING from the Stipulation for Entry Judgment Against Defendant PORTER

18  GIBSON ("Stipulation") filed herein and the Settlement Agreement and Release ("Agreement")

19  entered into between the Parties in February 2005, the records in the above-entitled action, and

20  such other pleadings and documents deemed appropriate by the Court, that the Defendant

21  PORTER GIBSON has defaulted in the payments due to DIRECTV, Inc. ("DIRECTV") under

22  the terms of the Agreement;

23          IT FURTHER APPEARING from the records before the Court that DIRECTV is entitled

24  to file the Stipulation and receive Judgment thereon in its favor as set forth in the Agreement and

25  Stipulation;

26  / / /

27  / / /

28  / / /

BNFY 372391v1                    -1-                (CIV-F-04-06510 OWW SMS)
**[PROPOSED] JUDGMENT AGAINST DEFENDANT PORTER GIBSON**

PDF created with pdfFactory trial version www.pdffactory.com

1    NOW THEREFORE, Judgment shall be entered as follows:

2    1.    As against Defendant PORTER GIBSON, and in favor of Plaintiff

3    DIRECTV, Inc., the sum of $20,000, plus reasonable attorneys' fees and costs of $3,078, plus

4    post-judgment interest on the total amount of said judgment at the legal rate pursuant to 28 U.S.C.

5    § 1961 from the date of entry of this Judgment.

6

7    Dated:  April 11, 2006

8                                                    /s/ OLIVER W. WANGER
                                                     Oliver W. Wanger
9                                                    Judge of the United States District Court
                                                     Eastern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] JUDGMENT AGAINST DEFENDANT PORTER GIBSON**

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On April 10, 2006, I served the foregoing document described as: **[PROPOSED] JUDGMENT AGAINST DEFENDANT PORTER GIBSON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Louise Coronado, Esq.
1221 Van Ness Ave, Suite 501
Fresno, CA 93721

**(Attorney for Defendant)**

**[X]     BY OVERNIGHT DELIVERY**   I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents.  The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

[X]      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 10, 2006, at Irvine, California.


Joanne D. Mealey-Hatch                              /s/ Joanne D. Mealey-Hatch
                                                                      (Signature)

**[PROPOSED] JUDGMENT AGAINST DEFENDANT PORTER GIBSON**

PDF created with pdfFactory trial version www.pdffactory.com